## MALLORY & CO. v. SAILING ET AL.

PRACTICE: PLEADING: VERIFICATION.

*Appeal from Union District Court.*

FRIDAY, APRIL 19.

ACTION on a promissory note. Judgment for the plaintiffs, and defendants appeal.

*Rowell & Millegan,* for appellants.

No appearance for appellees.

SEEVERS, J.—The petition, when filed, was not verified. The defendants did not verify their answer, and plaintiffs filed a motion to strike from the files. This motion was not pressed to a hearing, but was waived. Afterward the plaintiffs, by leave of the court, verified the petition, and thereupon asked for a default and judgment, which being granted, the defendants duly excepted.

This action of the court was erroneous. *Wolff & Hoppe v. Hagensick,* 10 Iowa, 590.

REVERSED.

---

## FOSTER v. KEMP ET AL.

PRACTICE IN THE SUPREME COURT.

*Appeal from Muscatine District Court.*

FRIDAY, APRIL 19.

ACTION in equity to set aside a tax deed. Decree for defendants. Plaintiff appeals.

*D. C. Cloud,* for appellant.

*Richman & Carskadden,* for appellees.

ADAMS, J.—No motion or order was made for the trial of the case upon written evidence. It is not, therefore, triable *de novo,* and it could be tried only upon errors assigned, but no assignment of errors has been made. The appellees move to affirm, and we think that the motion must be sustained.

AFFIRMED,